No. D–2376. In re Disbarment of Gomez. Disbarment entered. [For earlier order herein, see 541 U. S. 985.]

No. D–2377. In re Discipline of Vinyard. It is ordered that Michael C. Vinyard, of Ottumwa, Iowa, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 04–104. United States v. Booker. C. A. 7th Cir.; and
No. 04–105. United States v. Fanfan. C. A. 1st Cir. Motion of the Acting Solicitor General for leave to file a reply brief in excess of the page limits granted. Certiorari in No. 04–104 granted. Certiorari before judgment in No. 04–105 granted. Cases consolidated, and a total of two hours allotted for oral argument. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, September 1, 2004. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, September 21, 2004. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, September 27, 2004. Oral argument set for Monday, October 4, 2004.

No. 03–1008. Pastene v. Pikkert, 541 U. S. 987;
No. 03–1229. DeMoss v. Texas, 541 U. S. 1030;
No. 03–1251. Walker v. QuadGraphics, Inc., 541 U. S. 1041;
No. 03–1318. Whitehorn v. Federal Communications Commission, 541 U. S. 1031;
No. 03–1373. St. Hilaire v. St. Hilaire, 541 U. S. 1044;
No. 03–9052. Bohm v. Burt, Warden, 541 U. S. 1013;
No. 03–9064. Haley v. United States, 541 U. S. 966;
No. 03–9161. In re Bell, 541 U. S. 1029;
No. 03–9220. Parnell v. Crosby, Secretary, Florida Department of Corrections, 541 U. S. 1033;
No. 03–9246. Ruggiere v. Ruggiere, 541 U. S. 1045;
No. 03–9314. Robinson v. Conway, Superintendent, Attica Correctional Facility, 541 U. S. 1016;

No. 03-9322. RESTUCCI v. SPENCER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK, 541 U. S. 1047;

No. 03-9331. BUTLER v. CLOUD ET AL., 541 U. S. 1047;

No. 03-9360. STURGIS v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, 541 U. S. 1048;

No. 03-9370. GREGORY v. SPANNAGEL ET UX., 541 U. S. 1048;

No. 03-9385. DEBEJARE v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, 541 U. S. 1048;

No. 03-9428. BRYANT v. FLETCHER, WARDEN, 541 U. S. 1049;

No. 03-9435. POPE v. MARSHALL, 541 U. S. 1065;

No. 03-9442. WIMBUSH v. GADDIS ET AL., 541 U. S. 1065;

No. 03-9444. LIGON v. BOSWELL, 541 U. S. 1017;

No. 03-9459. O'NEAL v. NATIONAL PLASTICS CORP., 541 U. S. 1050;

No. 03-9489. RUSSELL v. GARRARD ET AL., 541 U. S. 1066;

No. 03-9501. MITCHELL v. TENNESSEE ET AL., 541 U. S. 1066;

No. 03-9528. ARANDA v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, 541 U. S. 1017;

No. 03-9535. IN RE SETTS, 541 U. S. 986;

No. 03-9536. COLON v. CONNOLLY ET AL., 541 U. S. 1034;

No. 03-9544. ADAMS v. NEGRON ET AL., 541 U. S. 1035;

No. 03-9578. LATSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 541 U. S. 1076;

No. 03-9594. PERRY v. LOCKHEED MISSILES & SPACE CO., INC., ET AL., 541 U. S. 1076;

No. 03-9606. CHAUDRY v. WHISPERING RIDGE HOMEOWNERS ASSN., 541 U. S. 1067;

No. 03-9608. DAVILA v. ARMSTRONG ET AL., 541 U. S. 1051;

No. 03-9635. MOPPINS v. CAREY, WARDEN, 541 U. S. 1087;

No. 03-9647. CASON v. MARYLAND DIVISION OF CORRECTION ET AL., 541 U. S. 1067;

No. 03-9657. DULISSE v. CENTRAL PENN PROPERTY SERVICE, INC., 541 U. S. 1088;

No. 03-9695. NOWIK v. NORTH DAKOTA, 541 U. S. 1077;

No. 03-9710. BRYANT-BEY v. GEORGIA, 541 U. S. 1089;

No. 03-9729. FAGAN v. UNITED STATES, 541 U. S. 1053;

No. 03-9748. WEBBER v. UNITED STATES, 541 U. S. 1054;

No. 03-9772. GLOVER v. UNITED STATES, 541 U. S. 1054;

No. 03-9812. LAWRENCE v. DeROSA, WARDEN, 541 U. S. 1055;

No. 03–9848.  GORDON ET AL. *v.* ALABAMA ET AL., *ante*, p. 908;

No. 03–9899.  MOORE *v.* SCHUETZLE, WARDEN, 541 U. S. 1079;

No. 03–9910.  TAYLOR *v.* UNITED STATES, 541 U. S. 1069;

No. 03–9912.  MORRIS *v.* UNITED STATES, 541 U. S. 1069;

No. 03–9935.  VEGA-COLON ET AL. *v.* UNITED STATES, 541 U. S. 1074;

No. 03–9963.  AUSTIN *v.* GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL., *ante*, p. 909;

No. 03–9977.  IN RE ELLIS, 541 U. S. 1040;

No. 03–10071.  GIBSON ET AL. *v.* UNITED STATES, 541 U. S. 1081;

No. 03–10118.  IN RE HESS, 541 U. S. 1071;

No. 03–10137.  ARNETT *v.* UNITED STATES, 541 U. S. 1091;

No. 03–10143.  MADRIGAL-FERREIRA *v.* UNITED STATES, 541 U. S. 1091;

No. 03–10153.  IN RE WEST, 541 U. S. 1071;

No. 03–10188.  GRAHAM *v.* ADAMS ET AL., 541 U. S. 1092; and

No. 03–10206.  GREEN *v.* UNITED STATES, 541 U. S. 1092.  Petitions for rehearing denied.

No. 02–1259.  STEVENS *v.* DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT, 538 U. S. 979;

No. 03–9260.  DYE *v.* OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., 541 U. S. 1016;

No. 03–9886.  BEAR CHILD *v.* UNITED STATES, 541 U. S. 1056; and

No. 03–9971.  PATTERSON *v.* UNITED STATES, 541 U. S. 1079.  Motions for leave to file petitions for rehearing denied.

No. 03–9656.  DULISSE *v.* HOMESIDE LENDING, INC., 541 U. S. 1096; and

No. 03–9858.  DIXON *v.* EQUICREDIT CORP. ET AL., 541 U. S. 1083.  Petitions for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of these petitions.

### AUGUST 5, 2004

No. 04–5646 (04A130).  HUBBARD *v.* CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Application for stay of execution of sentence of death, pre-